# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In re: Betty J Wines and Robert R Wines<br>Debtor(s) | ) Judge Carol A. Doyle<br>)<br>) Case No. 19-21773<br>)<br>) Chapter 13 |

### NOTICE OF MOTION

To the following named persons or entities: (Separate Service List may be attached)

Betty J Wines and Robert R Wines
2321 S. 16th Ave
Broadview, IL 60155

Tom Vaughn
55 E Monroe Suite 3850
Chicago, Illinois 60604
ecf@tvch13.net

Please take notice that on **July 28, 2020 at 10:00 a.m.** I shall appear before the Honorable Judge Carol A. Doyle or any judge sitting in her place and present the attached motion.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

If you **object to** this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two **(2) business days before that date**. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list.

Date of Service: ____June 24, 2020____   Signature: ____/s/ Robert J. Adams____

*Where indicated, some parties have been served electronically instead of by mail. Additional parties served, if any, are indicated on the attached list.

Robert J. Adams & Associates - 540 W. 35th Street, Chicago, IL 60616
Phone: 312.346.0100 Fax 312-346-6228 email staff.rja@gmail.com

**Cashnetusa**
PO Box 18066
Hauppauge, NY 11788

**ComEd**
P.O.Box 87522 Customer Care Center
P.O.Box 87522
Chicago, IL 60680

**Comenity Bank/Game Stop**
PO Box 658820
San Antonio, TX 78265

**Credit One Bank**
PO Box 98872
Las Vegas, NV 89193

**Elastic Loans**
P.O Box 950276
Louisville, KY 40295

**FBCS Services**
330 S. Warminster Rd 535
Hatboro, PA 19040

**Fingerhut**
PO Box 70281
Philadelphia, PA 19176

**Fingerhut**
400 N Rogers Rd.
Olathe, KS 66063-3330

**First Premier Bank**
900 W Delaware St
Sioux Falls, SD 57104-0337

**Green Arrow Loans**
PO Box 170
Finley, CA 95435

**HomeServe**
PO Box 773
Binghamton, NY 13905

**Irs**
P.O Box 7346
Philadelphia, PA 19101

**Merrick Bank**
PO Box 5721
Hicksville, NY 11802-5721

**Monroe & Main**
1112 7th Ave
Monroe, WI 53566

**Nicor Gas**
PO Box 310
Aurora, IL 60507

**OneMain Financial**
3519 W. Lake St.
Melrose Park, IL 60160

**Recovery One, LLC**
5100 Parkcenter Ave. Ste. 120
Dublin, OH 43017

**Robert J. Adams & Associates**
540 E. 35th Street
Chicago, IL 60616

**Select Portfolio Servicing, Inc.**
PO Box 65450
Salt Lake City, UT 84165

**Verve**
PO Box 6812
Carol Stream, IL 60197

**Village of Broadview**
2350 S. 25th Ave
Broadview, IL 60155

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In re: Betty J Wines and Robert R Wines<br>Debtor(s) | ) Judge Carol A. Doyle<br>)<br>) Case No. 19-21773<br>)<br>) Chapter 13 |

## DEBTOR'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

NOW COMES Betty J Wines and Robert R Wines, hereinafter referred to as "debtors", by and through the Law Offices of Robert J. Adams & Associates, and in support of their motion to modify their confirmed Chapter 13 plan in accordance with 11 U.S.C. §1329 states as follows:

1. On August 2, 2019, Debtor(s) filed a voluntary petition for relief under Title 11 U.S.C. Chapter 13. This Honorable Court has jurisdiction over this proceeding under the provisions of Title 11 U.S.C. § 105 and Title 28 U.S.C. § 157.

2. The Debtor's Chapter 13 plan was confirmed on September 24, 2019.

3. There is a pending motion by the Chapter 13 Trustee to dismiss this case for a default in the plan payments.

4. Debtor Robert R. Wines became ill with flu like symptoms in late March and debtor Betty J. Wines became ill sometime thereafter.

5. Debtor Robert R. Wines was ill through much of April, and as a result of both illnesses, the debtors were unable to leave their homes and were forced to expend additional funds for things such as delivery of groceries and for transportation for medical treatment.

6. The additional expenditures caused debtors to fall behind on their Chapter 13 plan payments.

7. Both debtors have recovered and while they have resumed payments to the Chapter 13 Trustee, they are unable to catch up their payments as they are on fixed incomes.

WHEREFORE Betty J Wines and Robert R Wines, the Debtor(s) herein, pray(s) that this Honorable Court enter an Order modifying their confirmed Chapter 13 plan by deferring the plan payment default to the end of the plan and for such other and further relief as It in equity deems just.

Respectfully submitted,

/s/ Robert J. Adams
Attorney for Betty J Wines and Robert R. Wines
Robert J. Adams & Associates