UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-21773 |
| Betty J. Wines and Robert R. Wines | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

THIS MATTER coming on the motion of Betty J Wines and Robert R Wines, due notice having been given and the Court being fully advised,

IT IS HEREBY ORDERED that debtors' confirmed Chapter 13 plan be modified as follows:
1. The Chapter 13 plan payment default is deferred to the end of the Chapter 13 plan.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: July 28, 2020

**Prepared by:**

Robert J. Adams & Associates
540 W. 35th St.
Chicago, IL 60616
(312) 346-0100