# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In Re:<br>Betty J. Wines and Robert R. Wines<br><br>Debtor(s) | ) IN A CHAPTER 13 PROCEEDING<br>)<br>) CASE NO. 19-21773<br>)<br>) JUDGE Carol A. Doyle |

## NOTICE OF MOTION

TO: M.O. Marshall, Ch. 13 Trustee, 55 E. Monroe, Ste. 3850, Chicago, IL 60603

PLEASE TAKE NOTICE that on June 29, 2021, at 10:00 a.m., I will appear before the Honorable Carol A. Doyle or any judge sitting in that judge's place, and present the motion of debtors Betty J. Wines and Robert R. Wines to modify their confirmed Chapter 13 plan, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at **1-669-254-5252** or **1-646-828-7666**. Then enter the meeting ID and password. Meeting ID and password.

**The meeting ID and Password**. The meeting ID for this hearing is **161 155 8289** and the password is Doyle742 .
The meeting ID and password can also be found on the judge's page on the court's web site https://www.ilnb.uscourts.gov/content/judge-carol-doyle

**If you object to this motio**n and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By /s/ Brian C. Pedersen
Robert J. Adams & Associates
540 W. 35th Street
Chicago, IL 60616
Phone 1-312-346-0100

1

Fax 1-312-346-6228
staff.rja@gmail.com

**CERTIFICATE OF SERVICE** I, Brian C. Pedersen certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 7, 2021, before 5:00 p.m.

19-21773  Betty J. Wines and Robert R. Wines

**Cashnetusa**
PO Box 18066
Hauppauge, NY 11788

**ComEd**
P.O. Box 87522 Customer Care Center
P.O. Box 87522
Chicago, IL 60680

**Comenity Bank/Game Stop**
PO Box 658820
San Antonio, TX 78265

**Credit One Bank**
PO Box 98872
Las Vegas, NV 89193

**Elastic Loans**
P.O Box 950276
Louisville, KY 40295

**FBCS Services**
330 S. Warminster Rd 535
Hatboro, PA 19040

**Fingerhut**
PO Box 70281
Philadelphia, PA 19176

**Fingerhut**
400 N Rogers Rd.
Olathe, KS 66063-3330

**First Premier Bank**
900 W Delaware St
Sioux Falls, SD 57104-0337

**Green Arrow Loans**
PO Box 170
Finley, CA 95435

**HomeServe**
PO Box 773
Binghamton, NY 13905

**Irs**
P.O Box 7346
Philadelphia, PA 19101

**Merrick Bank**
PO Box 5721
Hicksville, NY 11802-5721

**Monroe & Main**
1112 7th Ave
Monroe, WI 53566

**Nicor Gas**
PO Box 310
Aurora, IL 60507

**OneMain Financial**
3519 W. Lake St.
Melrose Park, IL 60160

**Recovery One, LLC**
5100 Parkcenter Ave. Ste. 120
Dublin, OH 43017

**Robert J. Adams & Associates**
540 E. 35th Street
Chicago, IL 60616

**Select Portfolio Servicing, Inc.**
PO Box 65450
Salt Lake City, UT 84165

**Verve**
PO Box 6812
Carol Stream, IL 60197

**Village of Broadview**
2350 S. 25th Ave
Broadview, IL 60155

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In re: Betty J Wines and Robert R Wines<br>Debtor(s) | ) Judge Carol A. Doyle<br>)<br>) Case No. 19-21773<br>)<br>) Chapter 13 |

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

NOW COMES Betty J Wines and Robert R Wines, hereinafter referred to as "debtors", by and through the Law Offices of Robert J. Adams & Associates, and in support of their motion state as follows:

1. On August 2, 2019, debtors filed a voluntary petition for relief under Title 11 U.S.C. Chapter 13.

2. This Honorable Court has jurisdiction over this proceeding under the provisions of Title 11 U.S.C. § 105 and Title 28 U.S.C. § 157.

3. The debtors' Chapter 13 Plan was confirmed on September 24, 2019.

4. Under 11 U.S.C. § 1329, a debtor may modify his plan after confirmation.

5. Debtors have fallen behind on their Chapter 13 plan payments because of increased monthly expenses.

6. Mr. Wines has been diagnosed with diabetes and has been prescribed health supplements and a change in diet that have added to the normal monthly expenses.

7. Because the debtors are on fixed incomes, they do not have the ability to increase their incomes in order to meet the additional monthly expenses.

8. Debtors are requesting that their payments be reduced from $610.00 per month to $315.00 per month, with the dividend to unsecured creditors reduced from 23.62% to 10%, with a decrease in the plan base from $21,960.00 to $21,258.00 and an increase in the plan term from 36 months to 60 months; they are also requesting that the plan payment default be deferred.

Robert J. Adams & Assoc., 540 W. 35th St., Suite 100, Chicago, Illinois 60616  (312) 346-0100

9. While debtors have the ability to make the reduced plan payments, they are unable to catch up the plan payment default at this time. A copy of debtors' Amended Schedules I and J are attached hereto as Exhibit One.

WHEREFORE Betty J Wines and Robert R Wines, the debtors herein, pray that this Honorable Court enter an Order modifying as per the terms listed in paragraph 8 and for such other and further relief as It in equity deems just.

Respectfully submitted,

/s/Robert J. Adams
ONE OF THE ATTORNEYS FOR
Betty J Wines and Robert R Wines
Robert J. Adams & Associates

Robert J. Adams & Assoc., 540 W. 35th St., Suite 100, Chicago, Illinois 60616   (312) 346-0100