UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-21773
Betty J. Wines and Robert R. Wines )
)  Chapter: 13
)  Honorable Carol A. Doyle
)
)
Debtor(s) )

## ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

THIS MATTER coming on the motion of Betty J Wines and Robert R Wines, due notice having been given and the Court being fully advised,

IT IS HEREBY ORDERED that debtors's confirmed Chapter 13 plan be modified as follows:
1. The Chapter 13 plan payment default is deferred to the end of the plan.
2. The Chapter 13 plan payment is reduced from $610.00 per month to $315.00 per month.
3. The dividend to unsecured creditors is reduced from 23.62% to 10%.
4. The plan base is reduced from $21,960.00 to $21,258.00.
5. The term of the Chapter 13 plan is increased from 36 months to 60 months.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: June 29, 2021

**Prepared by:**

Robert J. Adams & Associates
540 W. 35th St.
Chicago, IL 60616
(312) 346-0100